**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

|                   |   |                          |
|-------------------|---|--------------------------|
| **BERNETTA REEVES,** | : |                          |
|                   | : |                          |
| **Plaintiff**     | : |                          |
|                   | : |                          |
| **v.**            | : | **CASE NO.  5:07-CV-381 (HL)** |
|                   | : |                          |
|                   | : |                          |
| **MICHAEL J. ASTRUE,** | : |                      |
|                   | : |                          |
| **Defendant**     | : |                          |

**ORDER ON REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 14) filed June 19, 2008 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

There were no objections filed to the Magistrate Judge's Recommendation withing the time allowed.

**SO ORDERED,** this the 17th day of July, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**